Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 58909.**—Arnhold & Co., Inc., et al. *v.* United States, protests 765667–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 58910.**—Oscar Feldman, Inc., et al. *v.* United States, protests 955899–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 58911.**—Orleans Brothers et al. *v.* United States, protests 970862–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 58912.**—Moise Ash et al. *v.* United States, protests 27988–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 58913.**—Amal Manufacturing Corporation v. United States, protest 239503–K (New York).

Opinion by OLIVER, C. J. The motion to dismiss was granted.

**No. 58914.**—J. J. Boll v. United States, protest 244663–K (A) (New York).

Opinion by OLIVER, C. J. The motion to dismiss was granted.

**No. 58915.**—R. J. Saunders & Co., Inc. v. United States, protest 245412–K (New York).

Opinion by OLIVER, C. J. The motion to dismiss was granted.

**No. 58916.**—Arista Oil Products Company v. United States, protest 198636–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise is, in fact, crude sperm oil and that merchandise of like character is now being classified at 1¼ cents per pound under paragraph 52, as modified, *supra*, the claim of the plaintiff was sustained.

**No. 58917.**—Bertrand Freres, Inc., et al. v. United States, protests 180497–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.